CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

SEP 27 2019

JULIA C. DUDLEY, CLERK
BY: C Surbu
       DEPUTY CLERK
WDVA #
1:19mj117

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

United States of America
v.

Demetrius Catching

Defendant

) Case No. 4:16-cr-0101
)
)
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Demetrius Catching,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☑ Order of the Court

This offense is briefly described as follows:

Title 18, U.S.C. §3142 - Violations of Pre Trial Release

Date: 04/16/2018

_____
*Issuing officer's signature*

City and state: Williamsport, PA

Cindy Hitesman - Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| -vs- | :    4:16-CR-101 |
| DEMETRIUS CATCHING, | :    (Magistrate Judge Arbuckle) |
| Defendant | : |

MOTION FOR REVOCATION OF BAIL AND
ISSUANCE OF AN ARREST WARRANT

The United States of America, by the United States Attorney for the Middle District of Pennsylvania, David J. Freed, and Assistant U.S. Attorney Robert J. O'Hara, hereby move this Court to revoke the bail of the Defendant, DEMETRIUS CATCHING. The Government respectfully suggests that the facts of this case indicate that there is clear and convincing evidence that the defendant has violated conditions of his bail. In support of this Motion, the United States asserts:

1. On April 19, 2016, a Grand Jury issued an indictment charging Demetrius Catching with two counts of "assaulting, resisting or impeding" a corrections officer, in violation of Title 18, United States Code, Section 111 (a). These offenses are alleged to have occurred at the Federal Correctional Institute at Allenwood, Pennsylvania, on or about March 7, 2016. At time of arraignment, the defendant entered a plea of "not guilty" to the charges.

2. On August 25, 2017, the defendant filed a motion for a hearing regarding detention and release pending trial. A hearing was conducted on

Certified from the record
Date 4/16/2018
Peter J. Welsh, Acting Clerk
Per _____
Deputy Clerk

September 13, 2017, before the Honorable Magistrate Judge William I. Arbuckle, III. At the conclusion of the hearing, Magistrate Judge Arbuckle issued an order releasing the defendant from detention with numerous conditions of pretrial services supervision (Doc. # 50). The defendant's conditions of release included: that he not violate any federal, state or local law while on release; that he not use or possess controlled substances unless prescribed by a licensed medical practitioner; that he abide by a curfew and be restricted to his residence as directed by the pretrial services office or supervising officer; and that he report to the pretrial services office or supervising officer every contact with law enforcement personnel, including arrests, questioning by the police, or traffic stops. In addition to the above, the defendant was also serving a three-year term of supervised release in the Eastern District of Kentucky.

3. On or about April 11, 2018, at approximately 8:45 p.m., the Harrodsburg, Kentucky, Police Department contacted the U.S. Probation Office in Williamsport and indicated that Demetrius Catching had been involved in *two* separate traffic stops on that date. According to the Harrodsburg Police Department, the first traffic stop occurred at approximately 12:38 a.m. Catching was the driver of a vehicle which was pulled over for speeding and for failure to dim the vehicle's highlights. A subsequent search of the vehicle was conducted. The search resulted in the seizure of approximately 22.29 grams of marijuana and $2,391 in currency. Catching was arrested and charged with Speeding; Use of

Grooved Tires on a Highway; and Trafficking in Marijuana. Catching was released on $5000 cash bond. At approximately 8:37p.m. *that same day*, Catching was involved in another traffic stop by the Harrodsburg Police Department. The officer conducting the traffic stop detected the odor of marijuana coming from inside the vehicle. The officer located approximately $50,000 in cash, which was vacuum sealed, under the seat of the vehicle. The facts set forth above indicate that the defendant has violated the specific conditions of his pretrial release, namely that he must not violate any federal, state or local law while on release, and that he not use or possess controlled substances unless prescribed by a licensed medical practitioner.

4. Further, the traffic stops set forth above occurred at 12:38 a.m. and 8:37 p.m., indicating that the defendant failed to abide by his Court-ordered curfew (7:00 p.m. to 7:00 a.m.). In addition. On April 11, 2018, a U.S. Probation Officer from the Eastern District of Kentucky conducted an unannounced home visit at the Catching's approved residence in Kentucky. The defendant was not present at the residence, again, in violation of his Court-ordered curfew. Finally, the defendant has failed to report his arrests, contacts with police, or traffic stops to the pretrial services officer supervising him in the Eastern District of Kentucky, in violation of the conditions of his release.

3

5. Given the unwillingness of Demetrius Catching to abide by conditions of his release while pending trial, it is submitted that his bail be revoked and a bail violation hearing be scheduled. Title 18, United States Code, Section 3148(b) states:

> The judicial officer shall enter an order of revocation and detention if, after a hearing, the judicial officer -
>
> (1) finds that there is -
>
> > (A) probable cause to believe that the person has committed a federal, state or local crime while on release; or
> > (B) clear and convincing evidence that the person has violated any other condition of release; and
>
> (2) finds that -
>
> > (A) there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety of any person or the community; or
> > (B) the person is unlikely to abide by any condition or combination of conditions of release.

7. It is respectfully submitted that the facts of this case and applicable law support this motion for revocation of Defendant's release.

8. The Government can establish there is clear and convincing evidence that the defendant has violated conditions of his release, as described above.

9. Based upon the defendant's demonstrated conduct in this case, he is unlikely to abide by any further condition or combination of conditions of his release.

10. In light of the above, the United States moves that the defendant's bail be revoked, an arrest warrant be issued and the Defendant be brought before this court for a hearing.

                        Respectfully submitted,

                        /s/ Robert J. O'Hara
                        ROBERT J. O'HARA
                        Assistant United States Attorney
                        ID No. 47264
                        P.O. Box 309
                        Scranton, PA 18501-0309
                        (570) 348-2800 (telephone)
                        robert.o'hara@usdoj.gov
                        Dated: April 12, 2018